IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HENRY MICHAEL BERNS,

    Petitioner,

v.

DCC, CHASTITY FITZGERALD,

    Respondent.

ORDER

Case No. 23-cv-725-jdp

Petitioner Henry Michael Berns seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than November 13, 2023. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately April 18, 2023 through the date of the petition, October 18, 2023.

ORDER

IT IS ORDERED that:

1. Petitioner Henry Michael Berns may have until November 13, 2023, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.	If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before November 13, 2023, I will assume that petitioner wishes to withdraw this petition.

Entered this 19th day of October, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge